# United States Court of Appeals
## For the Eighth Circuit

_____

No. 12-3227

_____

James A. Widtfeldt

*Plaintiff - Appellant*

v.

Kay Ponte, Revenue Agent; Commissioner of the IRS; United States

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Nebraska - Omaha

_____

Submitted: May 2, 2013
Filed: May 8, 2013
[Unpublished]

_____

Before LOKEN, MELLOY, and BENTON, Circuit Judges.

_____

PER CURIAM.

James Widtfeldt appeals the district court's[1] dismissal of his civil complaint seeking injunctive relief against taxation officials and the United States. After careful

_____

[1]The Honorable Joseph F. Bataillon, United States District Judge for the District of Nebraska.

de novo review of the record, <u>see</u> <u>Pagonis v. United States</u>, 575 F.3d 809, 812 (8th Cir. 2009), and having considered the parties' submissions on appeal, we agree with the district court that, under the Anti-Injunction Act, 26 U.S.C. § 7421(a), Widtfeldt is prohibited from bringing this action.

  Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

      _____